IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DALE KEITH PAYNE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-03-4294 |
| | § | |
| JIMMY PARNELL, *et. al.*, | § | |
| | § | |
| Defendants. | § | |

## CONDITIONAL ORDER OF DISMISSAL

The Court has been informed that the parties to this lawsuit have reached a settlement. The case is therefore **DISMISSED WITHOUT PREJUDICE** to reinstatement of Plaintiff's claims if either party represents to the Court, within sixty (60) days of this order, that the settlement could not be completely documented.

The Clerk will provide copies of this order to the parties.

Signed at Houston, Texas, on this the _16th_ day of June, 2008.


KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE