IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DALE KEITH PAYNE, *Plaintiff*, | § § § | |
| v. | § § | CIVIL ACTION NO. H-03-4294 |
| JIMMY PARNELL, *Defendant*. | § § § | |

### ORDER OF DISMISSAL

Pursuant to the parties' agreed notice of dismissal with prejudice (Docket Entry No. 67), the Court finds that all matters in dispute between the parties have been fully and finally compromised and settled. Accordingly, the Court **ORDERS** that this case be **DISMISSED WITH PREJUDICE**.

The Clerk will provide a copy of this order to the parties.

Signed at Houston, Texas, on this the 3rd day of October, 2008.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE